# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 06-MJ-00130-DLW |
| GLENN S. COOPER | BRIAN SCHOWALTER (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to Violation No. P0428626/09..

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 2.30 (a)(5) | Misappropriation of Property and Services | June 5, 2006 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Nos. P0428464/09; P0428466/09 and P0428468/09 are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: March 14, 1952

Defendant's USM No.: 34029-013

Defendant's Residence Address:
 1350 E. Flamingo Road, #125
 Las Vegas, Nevada 89119

Defendant's Mailing Address:
 SAME

June 13, 2006
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, United States Magistrate Judge
Name & Title of Judicial Officer

June 13, 2006
Date

DEFENDANT: GLENN S. COOPER
CASE NUMBER: 06-MJ-00130-DLW

Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) days.

The court recommends that the Bureau of Prisons that the Defendant be given credit for time served of eight (8) days..

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: GLENN S. COOPER
CASE NUMBER: 06-MJ-00130-DLW

Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | CVB ProcessingFee |
|---|---|---|---|
| 1 | $10.00 | $0.00 | $25.00 |
| **TOTALS** | $10.00 | $0.00 | $25.00 |

DEFENDANT: GLENN S. COOPER
CASE NUMBER: 06-MJ-00130-DLW

Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Defendant shall pay the CVB Processing Fee of $25.00 and Special Assessment Fee of $10.00 to the U. S. District Court, P. O. Box 2906, Durango, Colorado 81302 by August 1, 2006.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) CVB processing fee.